```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FB SELECT, LLC,                                             :
                                                            :    24-CV-8686 (DEH) (RWL)
                              Plaintiff,                    :
                                                            :
                - against -                                 :    ORDER
                                                            :
                                                            :
JCGS LLC et al.,                                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the initial pretrial conference held on April 10, 2025, via Teams, for the reasons stated therein, and having considered Defendant's request to stay discovery pending resolution of the pending, fully-briefed motion to dismiss; and having considered the breadth of discovery sought (even if limited to identification of Defendant's supplier(s)) the burden in responding to it, the prejudice that would result to Plaintiff if a stay were granted, and the strength (and status) of the motion to dismiss; the Court finds good cause to stay discovery pending determination of the motion to dismiss. Accordingly, discovery is stayed pending resolution of the currently pending motion to dismiss.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 10, 2025
        New York, New York

Copies transmitted this date to all counsel of record.